## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JUDICIAL WATCH, INC.,                    )
425 Third Street, S.W., Suite 800        )
Washington, DC   20024,                  )
                                         )
           Plaintiff,          )        Civil Action No.
                                         )
v.                                       )
                                         )
UNITED STATES DEPARTMENT OF              )
HOMELAND SECURITY,                       )
601 South 12th Street                    )
Arlington, VA 22202,                     )
                                         )
           Defendant.          )
_____)

## COMPLAINT

Plaintiff Judicial Watch, Inc. brings this action against Defendant United States Department of Homeland Security to compel compliance with the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA").   As grounds therefor, Plaintiff alleges as follows:

## JURISDICTION AND VENUE

1.      The Court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1331.

2.      Venue is proper in this district pursuant to 28 U.S.C. § 1391(e).

## PARTIES

3.      Plaintiff is a non-profit, educational foundation organized under the laws of the District of Columbia and having its principal place of business at 425 Third Street, S.W., Suite 800, Washington, DC 20024.   Plaintiff seeks to promote integrity, transparency, and accountability in government and fidelity to the rule of law.   In furtherance of its public interest

mission, Plaintiff regularly requests access to the public records of federal, state, and local

government agencies, entities, and offices, and disseminates its findings to the public.

4.      Defendant is an agency of the United States Government and is headquartered at

United States Department of Homeland Security, 601 South 12th Street, Arlington, VA 22202.

Defendant has possession, custody, and control of records to which Plaintiff seeks access.

## STATEMENT OF FACTS

5.      On July 2, 2010, Plaintiff sent a FOIA request to Defendant seeking access to the

following:

> a.      Any and all records of communications between the Department of
> Homeland Security and any of the following entities, concerning "deferred action"
> or "parole" to suspend removal proceedings against a particular individual or group
> of individuals for a specific timeframe; as well as records of communications
> concerning "selective reprieve" to the segment of the population holding expired
> visas:
>> -- The White House;
>> -- The Executive Office of the President;
>> -- Any third parties.
>
> b.      Any and all DHS internal communications concerning changes to
> existing policies and practices regarding "deferred action or parole," and "selective
> reprieves."

6.      Defendant acknowledged receipt of Plaintiff's FOIA request by e-mail dated July

13, 2010.   Defendant's e-mail requested that Plaintiff provide Defendant with additional

information about the request including a list of specific DHS components that Plaintiff wanted to

be searched.   However, Defendant's July 13, 2010 e-mail did not include any responsive

documents or state with specificity when Plaintiff could expect to receive a substantive response.

7.      Plaintiff responded to Defendant's July 13, 2010 e-mail on July 19, 2010. Plaintiff's response included a detailed list of the DHS components that Plaintiff wanted to be searched as well as further clarification of the request.

8.      Pursuant to 5 U.S.C. § 552(a)(6)(A), Defendant was required to respond to Plaintiff's July 2, 2010 FOIA request within twenty (20) working days or by August 2, 2010.

9.      As of the date of this Complaint, Defendant has failed to produce any records responsive to the request or demonstrate that responsive records are exempt from production. Nor has it indicated whether or when any responsive records will be produced.   In short, other than to acknowledge receipt of the request and ask for a clarification of the request, Defendant has failed to respond to the request in any manner.

10.     Because Defendant failed to comply with the time limit set forth in 5 U.S.C. § 552(a)(6)(A), Plaintiff is deemed to have exhausted any and all administrative remedies with respect to its FOIA request, pursuant to 5 U.S.C. § 552(a)(6)(C).

## COUNT 1
### (Violation of FOIA, 5 U.S.C. § 552)

11.     Plaintiff realleges paragraphs 1 through 10 as if fully stated herein.

12.     Defendant is unlawfully withholding records requested by Plaintiff pursuant to 5 U.S.C. § 552.

13.     Plaintiff is being irreparably harmed by reason of Defendant's unlawful withholding of requested records, and Plaintiff will continue to be irreparably harmed unless Defendant is compelled to conform its conduct to the requirements of the law.

WHEREFORE, Plaintiff respectfully requests that the Court: (1) order Defendant to conduct search for any and all responsive records to Plaintiff's FOIA request and demonstrate that

it employed search methods reasonably likely to lead to the discovery of records responsive to Plaintiff's FOIA request; (2) order Defendant to produce, by a date certain, any and all non-exempt records responsive to Plaintiff's FOIA request and a *Vaughn* index of any responsive records withheld under claim of exemption; (3) enjoin Defendant from continuing to withhold any and all non-exempt records responsive to Plaintiff's FOIA request; (4) grant Plaintiff an award of attorneys' fees and other litigation costs reasonably incurred in this action pursuant to 5 U.S.C. § 552(a)(4)(E); and (5) grant Plaintiff such other relief as the Court deems just and proper.

Dated: March 21, 2011                         Respectfully submitted,

                                              JUDICIAL WATCH, INC.


                                              /s/ Paul J. Orfanedes
                                              Paul J. Orfanedes
                                              D.C. Bar No. 429716


                                              /s/ Jason B. Aldrich
                                              Jason B. Aldrich
                                              D.C. Bar No. 495488
                                              Suite 800
                                              425 Third Street, S.W.
                                              Washington, DC 20024
                                              (202) 646-5172

                                              *Attorneys for Plaintiff*